UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PRINCESS T. BEAMON and TIMOTHY  :
BEAMON,                          :
               Plaintiffs,       :
                                :   **ORDER**
v.                               :
                                :   10 CV 7657 (VB)
THE BON-TON STORES, INC.,        :
               Defendant.       :
-------------------------------------------------------------x

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by no later than April 26, 2012.

Dated: March 27, 2012
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge